# Court of Appeals
## of the State of Georgia

ATLANTA,____April 14, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0327. ARTHUR SHERMAINE BUSSEY v. THE STATE.**

Applicant Arthur Shermaine Bussey has filed a motion to withdraw his application for discretionary appeal. The motion is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,____04/14/2016____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*